1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Jimenez-Flores
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        )    Case No. 08MJ8536
                                    )
12         Plaintiff,                )
                                    )
13 v.                                )
                                    )   **NOTICE OF APPEARANCE**
14 **JORGE ISMAEL JIMENEZ-FLORES,** )
                                    )
15         Defendant.                )
                                    )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.
20                                           Respectfully submitted,
21 Dated: June 19, 2008                       *s/ Bridget Kennedy*
                                              Federal Defenders of San Diego, Inc.
22                                            *bridget_kennedy@fd.org*
23
24
25
26
27
28

1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Jimenez-Flores
7
8                    UNITED STATES DISTRICT COURT
9                    SOUTHERN DISTRICT OF CALIFORNIA
10                   **(HONORABLE ROGER T. BENITEZ)**

11 UNITED STATES OF AMERICA,         )   Case No. 08mj8536
                                     )
12          Plaintiff,                )
                                     )
13 v.                                )   PROOF OF SERVICE
                                     )
14 **JORGE ISMAEL JIMENEZ-FLORES,**   )
                                     )
15          Defendant.                )
                                     )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19 upon:

20         **Assistant United States Attorney**
           efile.dkt.gc2@usdoj.gov
21

22 Dated: June 19, 2008                    _s/ Bridget L. Kennedy_
                                           **BRIDGET L. KENNEDY**
23                                         Federal Defenders of San Diego, Inc.,
                                           225 Broadway, Suite 900
24                                         San Diego, CA 92101-5030
                                           (619) 234-8467  (tel)
25                                         (619) 687-2666  (fax)
                                           e-mail:bridget_kennedy@fd.org
26
27
28